# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Laryssa Muntean

           Plaintiff,

v.

           Case No.: 1:15−cv−10660

           Honorable Andrea R. Wood

Illinois Department of Health and Family Services, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2019:

    MINUTE entry before the Honorable Andrea R. Wood: Joint Motion for extension of time [108] is granted in part. The deadline for the parties to e−mail Chambers a revised exhibit list, including the status of any objections, and an updated witness list is extended to 4/26/2019. The motion presentment date of 4/23/2019 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.